# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. WHITE, <br><br> Petitioner, <br><br> v. <br><br> DEBBIE ASUNCION, Warden, <br><br> Respondent. | Case No. LACV 18-3272-DMG (LAL) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 20, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE